IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIUNTE MOON,

        Plaintiff,

v.

CITY OF CHICAGO, PATRICK R.
LORDE, DIGBY'S DETECTIVE
AND SECURITY AGENCY, INC.,
and TONY LEWIS,

        Defendants.

No. 2020 C 3808
Judge Matthew F. Kennelly

## AMENDED COMPLAINT

Plaintiff Diunte Moon, with leave of Court, alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff is a resident of this judicial district.

3. Defendant City of Chicago is a municipal corporation with its principal office in this judicial district.

4. Defendant City of Chicago operates the Harold Washington Library Center located at 400 S. State St. in Chicago, Illinois (hereafter, the "Harold Washington Library").

5. The Chicago Public Library is not a separate legal entity, but is a mere department of, and thus enjoys no separate legal existence from, defendant City of Chicago.

6. Staff at the Chicago Public Library are employed by the City of Chicago.

7. Defendant City of Chicago employs a force of sworn police officers.

8. Defendant City of Chicago manages security operations at the Harold Washington Library, by use of its own employees and police officers.

9. Defendant City of Chicago additionally contracts with defendant Digby's Detective and Security Agency, Inc. to provide additional security staffing at the Harold Washington Library Center.

10. Defendant Digby's Detective and Security Agency, Inc. is an Illinois corporation with its principal place of business in this judicial district.

11. Defendant Tony Lewis is an employee of defendant Digby's Detective and Security Agency, Inc. and resides in this judicial district.

12. Defendant Patrick R. Lorde is a Chicago police officer with star no. 12405 and resides in this judicial district. At all times, defendant Lorde was acting under color of law and within the scope of his employment with defendant City of Chicago.

13. On March 1, 2020, plaintiff Diunte Moon was a patron at the Harold Washington Library and was using one of the library's public computers.

14. The mouse plugged into the computer plaintiff Diunte Moon was using was malfunctioning, so he switched it that of another nearby terminal that was not in use.

15. Library security personnel, both those employed by defendant City of Chicago, and defendant Digby's Detective and Security Agency, Inc., confronted plaintiff Diunte Moon.

16. In particular, defendant Patrick R. Lorde and Tony Lewis surrounded plaintiff Diunte Moon. Defendant Patrick R. Lorde announceded that he was an off-duty Chicago police officer working library security and told plaintiff he needed to leave the library.

17. When plaintiff Diunte Moon refused to leave the library for changing the computer mouse he was using, defendant Tony Lewis struck him in the face with a closed fist, causing plaintiff to sustain an orbital fracture.

18. Defendant Patrick R. Lorde and defendant Tony Lewis detained plaintiff Diunte Moon for a lengthy period.

19. At all relevant time periods, defendants Patrick R. Lorde and Tony Lewis were acting in concert and under color of law. More specifically, defendant Lorde announced his office, defendant Lewis was present to assist defendant Lorde, and defendant Lorde was relying on defendant Lewis's assistance in securing the governmental facility and in confronting plaintiff.

20. The conduct of defendant Lewis in striking plaintiff Diunte Moon in the face was not legally justified and was done in violation of plaintiff's Fourth Amendment right to be free from unreasonable seizures.

21. Defendant Patrick R. Lorde knew that defendant Lewis was about to use excessive and unreasonable force against plaintiff, and had a realistic opportunity to prevent it, but failed to take any actions to protect plaintiff, in violation of plaintiff's Fourth Amendment rights.

22. Plaintiff asserts federal claims against defendant Patrick R. Lorde and

defendant Tony Lewis for this unwarranted attack, committed under color of law.

23. Plaintiff additionally asserts a state law battery claim against defendant Tony Lewis. Plaintiff further asserts a state law battery claim against Digby's Detective and Security Agency, Inc., based on the doctrine of respondeat superior. Plaintiff also joins the City of Chicago as the indemnitor of defendant Patrick R. Lorde.

24. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in his favor and against defendants City of Chicago, Patrick R. Lorde, Digby's Detective and Security Agency, Inc., and Tony Lewis. Plaintiff asks for compensatory damages against defendant City of Chicago and compensatory and punitive damages against Patrick R. Lorde, Digby's Detective and Security Agency, Inc., and Tony Lewis. Plaintiff further seeks attorney's fees against defendants under 42 U.S.C. § 1988.

By: /s/ John K. Kennedy
**JOHN K. KENNEDY**
**DANIEL WATKINS, II**
Kennedy Watkins LLC
One North State Street, Suite 1500
Chicago, IL 60602
(312) 448-8181
jkennedy@kwlawchicago.com
dwatkins@kwlawchicago.com